*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 9/20/2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

**JAMES & ASHLEY MATHIS**　　　　　　　　**CASE NO. 17-01891**
**6718 OLD NASHVILLE HWY**　　　　　　　**CHAPTER 13**
**MURFREESBORO, TN 37129**　　　　　　　**JUDGE HARRISON**

**Debtors**
SSN: xxx-xx-2966
SSN: xxx-xx-8406

## ORDER GRANTING DEBTOR'S MOTION FOR SUSPENSION OF PAYMENTS

Debtors filed a Motion for Suspension of Payments. Notice was mailed pursuant to LBR 9013-1 and no responses or objections to the motion were filed.

IT IS ORDERED that the Motion for Suspension of Payments be granted.

1. Debtors' plan payments to the Chapter 13 Trustee will be suspended for 3 months.

2. Employer upon receipt of suspension order shall stop payroll deduction or any money remitted to the trustee by the employer shall be refunded by the Trustee to the Debtors.

3. The unsecured creditors will continue to receive a minimum dividend of 20% as confirmed.

4. Debtors' plan payment will increase to $189.25 weekly plus tax refunds after the proposed suspension to ensure a 60-month plan conclusion.

5. The Debtors will forfeit their future Income Tax Refunds to the Chapter 13 Trustee for the remainder of their bankruptcy plan.

6. Debtors are obligated to make all future payments in accordance with the confirmed Chapter 13 plan and should the Debtors fail to make any payment as required, this case will be dismissed upon filing notice by the Trustee, without further hearing.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

**/s/Mark Podis**
Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Road Ste 300
Nashville, TN  37217
(615) 399-3800 Telephone
(615) 399-9794 Fax
Email-podisbankruptcy@aol.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:17-bk-01891    Doc 38    Filed 09/21/17    Entered 09/21/17 12:17:52    Desc Main Document    Page 2 of 2